# UNITED STATES
## v.
# JOSEPH WILKINSON, JR.

### 1808

#### Journal Entries

1. Declaration filed; rule to bring body . . . *Journal, infra,* \*p. 129
2. Appearance; defendant ruled into custody . . . . . " 131
3. Judgment . . . . . . . . . . . . . " 154

#### Papers in File

1. Capias and return . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . *Printed in Vol. 2*

# JAMES ANDERSON
## v.
# SAMUEL GRIMES

### 1808

#### Journal Entries

1. Declaration filed; rule to plead . . . . . *Journal, infra,* \*p. 130
2. Plea; issue . . . . . . . . . . . . . " 138
3. Continuance . . . . . . . . . . . " 154
4. Jurors; verdict . . . . . . . . . . . " 208
5. Motion in arrest . . . . . . . . . . . " 215
6. Arguments heard; judgment . . . . . . . " 237

#### Papers in File

1. Capias and return . . . . . . . . . *Printed in Vol. 2*
2. Declaration . . . . . . . . . . . "
3. Subpoena for William Allen . . . . . . . . . .